S. R. EDNEY v. LAKE DRUMMOND CANAL & WATER CO.

(For head-notes and facts as to these two cases see Pinnix v. Canal Co. and Bullock v. Canal Co., at this term.)

*G. W. Ward,* for the plaintiff.
*Pruden & Pruden* and *Shepherd & Shepherd,* for the defendant.

S. D. BURNHAM *et al.* v. LAKE DRUMMOND CANAL & WATER CO.

No counsel for the plaintiff.
*Pruden & Pruden* and *Shepherd & Shepherd,* for the defendants.

S. R. EDNEY v. LAKE DRUMMOND CANAL & WATER CO.

(For head-notes and facts see cases of Pinnix v. Canal Co. and Bullock v. Canal Co., at this term.)

*Pruden & Pruden* and *Shepherd & Shepherd,* for the defendants.

DOUGLAS, J.    These are two of the series of cases against the same defendant, which were argued together at this term with *Pinnix v. Canal Co.,* and *Bullock v. Canal Co..*    As they are identical in legal principles and practically so in their material facts, no further discussion is deemed necessary.    In both cases, the judgments of the court below are
Affirmed.